# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**XAIER MITCHELL**<br>*Defendant* | Case No. 25-MJ-5021 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 30, 2024, in the Western District of New York and elsewhere, the defendant, **XAIER MITCHELL**, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing an analogue of fentanyl, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

On or about August 30, 2024, in the Western District of New York, and elsewhere, the defendant, **XAIER MITCHELL**, knowing that he had previously been convicted on or about August 29, 2022, in County Court, Erie County, New York, of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, one (1) Glock, model 45, 9 mm caliber, handgun, bearing serial number AKDB963, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

On or about August 30, 2024, in the Western District of New York, and elsewhere, the defendant **XAIER MITCHELL**, did knowingly possess a machinegun, as defined in Title 26, United Sates Code, Section 5845(b), to wit: a machinegun conversion device used to modify a semi-automatic firearm to fire as a fully automatic weapon, enabling said firearm to automatically shoot more than one shot without manual reloading, by a single function of the trigger, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

TIMOTHY FUDELLA
Digitally signed by TIMOTHY FUDELLA
Date: 2025.02.11 13:23:33 -05'00'

TIMOTHY FUDELLA
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives
*Printed name and title*

Sworn to and signed telephonically.
Date: February 11, 2025

*Judge's signature*

HONORABLE MICHAEL J. ROEMER
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

City and State: Buffalo, New York

## AFFIDAVIT

STATE OF NEW YORK )
COUNTY OF ERIE        )    SS:
CITY OF BUFFALO     )

I, **TIMOTHY L. FUDELLA**, being duly sworn, deposes and states:

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as "ATF"), and as such I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516(1), *et seq.* and Title 21, United States Code, Section 801. I further state that I am the kind of Special Agent as delineated in Title 18, United States Code, Section 3051.

2. I have been an ATF Special Agent since September of 2015. I am assigned to the Buffalo Field Office, New York Field Division. I am a graduate of the ATF National Academy, and the Criminal Investigator School located at the Federal Law Enforcement Training Center in Glynco, Georgia. My primary duties as an ATF Special Agent include investigating violations of federal firearms laws including illegal firearm trafficking, unlawful possession of firearms, and the possession of firearms during the commission of drug trafficking crimes and crimes of violence. Additionally, prior to becoming an ATF Agent, I was employed by United States Customs and Border Protection as a United States Customs and Border Protection Officer for approximately six years.

3.  During my time as an ATF Special Agent, I have participated in investigations and the execution of search warrants and arrest warrants where illegally purchased/trafficked firearms, narcotics, electronic scales, packaging materials, cutting agents, books/ledgers indicating sales, receipts, computers, cellular telephones, and other items used to facilitate firearms and narcotics trafficking were seized. I have personally conducted and/or assisted in investigations of criminal acts involving violations relating to armed individuals that were involved in the distribution of controlled substances, including heroin, cocaine, cocaine base and other substances, in violation of federal drug laws, including Title 21, United States Code, Sections 841 and 846, and Title 18, United States Code, Sections 922 and 924. Additionally, I have also participated in interviews and debriefings of individuals involved in firearms and narcotics trafficking. I am familiar with the habits, methods, routines, practices and procedures commonly employed by persons engaged in the illegal trafficking of firearms and illegal drugs.

4.  This affidavit is being submitted for a limited purpose, that is, a probable cause determination, therefore I have not presented all of the facts of this investigation to date. I have set forth only the information I believe to be necessary to establish probable cause. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from law enforcement officers and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this manner.

5.  This affidavit is made in support of a Criminal Complaint of **XAIER MITCHELL,** as there is probable cause that **MITCHELL** has violated Title 18, United States

Code, Section 922(o) (possession of an unregistered machine gun), Title 18, United States Code, Section 922(g)(1) (felon in possession of a firearm), and Title 21, United States Code, Section 841(a)(1), and (b)(1)(C) (possession of a controlled substance with intent to distribute).

## PROBABLE CAUSE

6.  On August 30, 2024, members of the Erie County Probation Department (ECP) assisted by the Cheektowaga Police Department conducted a search of probationer Xaier MITCHELL's known residence at 868 Maryvale Drive, Cheektowaga, New York. Upon arrival at the residence, officers were greeted by MICTHELL's minor sister who then called MICTHELL's mother L.P. L.P gave probation officers, along with members of the Cheektowaga Police, permission to search the residence with the exception of the minor sister's bedroom. MITCHELL was on state probation with Erie County after conviction of Criminal Possession of a Weapon, in 2022.

7.  Several days prior to the search, MITCHELL had posted an image on social media displaying what appeared to be firearms.

8.  During a search of the residence, ECP observed large amounts of cash, several stacks of business and personal checks not payable to XAIER MITCHELL, blank check stock and a printer in MITCHELL's bedroom and adjacent office. Additionally, ECP discovered a loaded firearm with a switch affixed located in the shed in the backyard. After this initial

search by ECP, the scene was secured, and a New York State search warrant was immediately applied and obtained for the entirety of the premises.

9. Officers searched a bedroom belonging to MITCHELL and an adjacent bedroom being utilized as an office. During the search, officers discovered in MITCHELL's bedroom the following: a check not in MITCHELL's name, mail belonging to MITCHELL, various hand tools and the back plate belonging to a Glock handgun. Within this bedroom and adjacent office, law enforcement also located numerous items related to check fraud, boxes of ammunition and various firearm magazines, to include magazines for a Glock handgun. A temporary driver's license belonging to MITCHELL was photographed in a drawer along with various firearm magazines.

10. During the search, officers discovered in a closet in the basement, a black box containing several ammunition boxes and a smaller brown box containing suspected narcotics. Officers also recovered several digital scales throughout the residence. The suspected narcotics were submitted to the Erie County Central Police Services Laboratory for testing. On September 6, 2024, Forensic Chemist Stephen Evers, concluded that the suspected narcotics tested positive for either butyryl fentanyl or isobutyryl fentanyl, which are both analogues of fentanyl whose chemical structure are very similar to one another. The amount of the controlled substance was less than 1/8 ounce. Based on my training and experience, I am aware that digital scales and narcotics packaged in separate baggies are indicative of drug trafficking. A photo of the recovered narcotics is below:



11. Law enforcement discovered in the shed of the premises, within a reusable shopping bag, a Glock model 45 9 mm handgun bearing serial number AKDB963 loaded with 38 rounds of ammunition. The rear backplate of this handgun was replaced and equipped with a Machine Gun Conversion Device1. Additionally in a box in the shed multiple checks and check printing material was located. A photo of the firearm is included below:



---

1 ATF considers Glock conversion devices as post-May 19, 1986, machineguns. Therefore, apart from official military and law enforcement use, Glock conversion devices may only be lawfully possessed by properly licensed Federal Firearms Licensees (FFLs) who have paid the appropriate Special Occupational Tax (SOT)

5

12. I am aware of conversion devices similar to the device attached to the firearm recovered, I am aware such devices have been designed and created for the sole purpose of converting semi-automatic Glock pistols into fully automatic machineguns. These devices vary by design and appearance but all, when properly installed on a semi-automatic Glock pistol, will allow the firearm to expel more than one projectile by a single pull of the trigger at approximately 1,200 rounds per minute. Installation of these conversion devices is fast and simple, requires no technical expertise, and is completed by removing the slide cover plate on a Glock semi-automatic pistol and replacing it with a conversion device. I also know that these devices are referred to by different names, including but not limited to: "switches," "auto sears," "convertors," "conversion switches," "selector switches," "conversion devices," and "Fire Selector Systems for Glock" (FSSGs).

13. MITCHELL was not at the 868 Maryvale Avenue residence when ECP executed the probation search or when Cheektowaga PD executed their search warrant. An officer from the Hamburg, New York Police Department initiated a vehicle stop of MITCHELL's Toyota Camry, which MITCHELL was driving. A cursory search of the vehicle resulted in the identification of multiple laptop computers and cellular telephones in MITCHELL's possession. MITCHELL was taken into custody and charged with various violations of New York State firearms offenses.

14. The firearm recovered from 868 Maryvale was submitted to the Erie County Central Police Services Laboratory for analysis. On September 4, 2024, Firearms Examiner Cody McKeller issued a report detailing the results/opinions/interpretations of the Glock handgun seized during this investigation. Mckeller determined "The pistol, Item 1, is operable

in a fully automatic mode. It was received with an select-fire switch installed on its slide. In both positions, the switch causes the pistol to fire in an automatic mode. Using the submitted cartridge magazine, the pistol was test fired using submitted ammunition followed by ammunition of laboratory supply." Based on firearms examiner Mckeller's findings that the firearm functioned in a "automatic mode," this firearm would meet the definition of a machine gun.

15.   Your affiant requested a records check from the ATF National Firearms Act (NFA) Branch to determine if MITCHELL has or had any NFA weapons registered with the ATF. No record of MITCHELL exists as ever having registered any NFA weapons.

16.   The firearm recovered from 868 Maryvale was submitted to the Erie County Central Police Services Laboratory for DNA analysis. On January 22, 2025, Forensic Biologist Chandra Tammaro issued a report detailing the results/opinions/interpretations of the DNA profile obtained from the Glock handgun seized during this investigation. Tammaro opined "Based on the PCR results, the DNA profile obtained from the swab of the semi-automatic pistol (Item 1.5) is a mixture of DNA from two individuals, including one female individual and one male individual. The major DNA profile obtained from the swab of the semi-automatic pistol (Item 1.5) is that of an unknown female individual. The DNA profile from the known buccal specimen from Xaier Mitchell (Item IA) cannot be excluded from the minor portion of the DNA in the mixture. The DNA results for Item 1.5 are at least $8.15 \times 10^6$ (8.15 Million) times more likely if they originated from Xaier Mitchell and an unknown individual rather than if they originated from two unknown individuals in the U.S.

7

population. This analysis provides very strong scientific support for the proposition that Xaier Mitchell is a contributor to the DNA profile obtained from the swab of the semi-automatic pistol (Item 1.5)."

17. On February 11, 2025, SA William Farnham, ATF Interstate Nexus Expert Special Agent was provided pictures and descriptions of the firearm recovered at the residence located at 868 Maryvale. Based on the information provided to SA Farnham and pending a physical examination, SA Farnham confirmed the Glock, model 45, 9 mm handgun, bearing serial number AKDB963 was manufactured outside of New York State, and therefore traveled in or affected interstate commerce prior to its possession in New York State.

18. A review of the MITCHELL's criminal history reveals that he has prior felony conviction. On or about August 29, 2022, the defendant was convicted in Erie County Court, Erie County, New York, of the crime of Attempted Criminal Possession of Weapon, a Class D felony, and was sentenced to probation for a term of five years and six months.

19. Based on the above information, your affiant submits there is probable cause to believe that on August 30, 2024, in the Western District of New York, Xaier MITCHELL, did knowingly and unlawfully possess a firearm and a machinegun that is, a Glock model 45 9mm caliber machinegun bearing serial number AKDB963, equipped with a Machine Gun Conversion Device, in violation of Title 18 United States Code, Section 922(o), Title 18 922(g)(1). Additionally, there is probable cause to believe that Xaier MITCHELL, did

8

knowingly and intentionally possess, with intent to distribute, an analogue of fentanyl, in violation of Title 21, United States Code, Section 841(a)(1), and 841(b)(1)(C).

                           **TIMOTHY FUDELLA**
                           Digitally signed by TIMOTHY FUDELLA
                           Date: 2025.02.11 13:25:52 -05'00'

TIMOTHY L. FUDELLA
Special Agent
Bureau of Alcohol, Tobacco, Firearms, Explosives

Subscribed and sworn to before me telephonically this 11th day of February, 2025.

HONORABLE MICHAEL J. ROEMER
United States Magistrate Judge

9